UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY S.,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

Case No. 2:25-cv-10905
Honorable Anthony P. Patti

## JUDGMENT

In accordance with this Court's March 10, 2026 order granting in part Plaintiff's motion for summary judgment and denying Defendant's motion for summary judgment,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Plaintiff and against Defendant.

It is further **ORDERED AND ADJUDGED** that this matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with my March 10, 2026 Opinion and Order**.**

Dated:  March 10, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE